UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JERMAINE ADAMS,

      Plaintiff,

                                   File no: 2:09-CV-29

v.

                                   HON. ROBERT HOLMES BELL

CRAIG SMITH, et al.,

      Defendants.

_____/

**ORDER APPROVING MAGISTRATE'S**
**REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States
Magistrate in this action. The Report and Recommendation was mailed to Plaintiff on
February 11, 2010, at the address provided by Plaintiff at the time of the filing of his
complaint. On February 22, 2010, Plaintiff's copy of the Report and Recommendation was
returned to the Court with the notation, "Return to Sender/Paroled/Discharged."

NOW THEREFORE, the Report and Recommendation (docket #18) is hereby adopted
as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Plaintiff's complaint is **DISMISSED** for failure to prosecute pursuant to
Fed.R.Civ.P. 41(b).

Dated:   March 11, 2010         /s/ Robert Holmes Bell
                                     ROBERT HOLMES BELL
                                     UNITED STATES DISTRICT JUDGE